UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -v-                               21-CR-22 (PKC)

MEYYA MEYYAPPAN,                      ORDER

                   Defendant.

---

CASTEL, U.S.D.J:

The bail conditions for defendant are set as follows:

- A $250,000 personal recognizance bond, co-signed by two financially responsible persons.

- The defendant to be released on his own signature with the other conditions to be met by January 27, 2021.

- Pretrial Services supervision as directed.

- Surrender all travel documents and make no new applications.

- Travel restricted to SDNY, EDNY, and NDCA (and points in-between for travel purposes).

- Refrain from conduct alleged within the charging document.

SO ORDERED.

Dated: New York, New York
        1/14/2021

                                                            P. Kevin Castel
                                                 United States District Judge