**BOISE STATE UNIVERSITY**
COLLEGE OF ENGINEERING
Materials Science and Engineering

April 06, 2021

Honorable Judge Kevin Castel
Southern District of New York

Dear Honorable Judge:

I am an Associate Professor in the Micron School of Materials Science and Engineering at Boise State University and I am writing in support of Dr. Meyya Meyyappan, a professional colleague and personal mentor. I have known him for approximately seven years. He has been a collaborator, hosted internships for my students, and served as a technical advisor on my research grant. Outside of these professional interactions, Dr. Meyyappan has mentored me throughout my tenure process, and provided career advice based on his many years of service to our nation through NASA. I firmly believe Dr. Meyyappan personifies the very best our nation has to offer based upon our interactions and his professionalism, deep technical expertise, and overall dedication to the mission of the agency and to the United States of America.

As a Veteran of the United States Navy who has sworn an oath to uphold the United States Constitution, I feel I owe it to Dr. Meyyappan and to my country to write this letter as a testament to his character and in recognition of his decades of service to NASA and to our nation. Without hesitation or reservation, I believe Dr. Meyyappan to be a man of integrity who has devoted his career to advancing human knowledge for the betterment of society. His contributions to the field of nanoscience and nanotechnology positioned our nation to take a leading role across the world at a point when scientific instrumentation had evolved to a point we could begin to visualize and understand the very nature of the atoms which make up everything in this world and universe. His distinguished publication record shows he is among an elite group of scientists in the world who have the privilege of uncovering new fundamental knowledge which advances science and technology for mankind. Dr. Meyyappan has published more than 420 peer reviewed journal article, delivered over 250 keynote talks at scientific meetings, and is recognized as a "Fellow" in numerous professional societies – the highest professional recognition bestowed by one's peers. Most individuals cannot understand what this level of global recognition and scientific impact entails, nor the demands it places on one's professional career. There are probably fewer than 20 scientists in nanoscience and nanotechnology who have had such success.

On a more personal note, Dr. Meyyappan's character can be judged by his level of commitment to advancing the careers of students and new faculty. Our collaborations started shortly after I visited Dr. Meyyappan at the NASA Ames Research Center in 2014. As a starting Assistant Professor I was interested in building my research program in nanomaterials, and had worked with someone on Dr. Meyyappan's team to pitch my ideas to Dr. Meyyappan in hopes of building scientific collaborations. Most scientists of Dr. Meyyappan's stature ignore young faculty from small schools such as Boise State University. I was thrilled to hear that Dr. Meyyappan agreed to meet and listen to my talk. That one-hour meeting resulted in over seven years of collaborative work, helped secure my tenure and promotion, supported the doctoral dissertations and master's theses of about 10 students in Idaho, helped develop new technologies for American Semiconductor Inc.,



**BOISE STATE UNIVERSITY**

COLLEGE OF ENGINEERING
*Materials Science and Engineering*

Space Foundry, and INFlex Labs, LLC – three different small businesses contributing to the economy of Idaho and California, and had additional impacts on the careers of 3 more of my colleagues at Boise State University currently going through the tenure and promotion process. Dr. Meyyappan's scientific and personal integrity allowed him to see past institutional biases that I have encountered frequently from lesser known scientists across academia and our federal agencies. Moreover, he did not ask for a single thing in return and was fulfilled solely with advancing the careers and education of others.

As further evidence of Dr. Meyyappan's impeccable character, one can look to the team of scientists he has trained at NASA Ames Research Center. One stands out amongst others, Dr. Jessica Koehne who was awarded the Presidential Early Career Award for Scientists and Engineers – our nation's highest honor for early career scientists. Dr. Koehne exemplifies NASA's core values of safety, integrity, teamwork, and excellence. Of course Dr. Koehne is not Dr. Meyyappan, but based on my military experience combined with my academic experience building a large research team, I can honestly say that team values are a direct reflection of leadership's values. Regardless of the outcomes of this case, Dr. Meyyappan and those who know him well can look at his team of scientists, faculty he has mentored, students he has supervised, and others he has led in professional societies to truly understand the unwavering spirit service to our nation, strong value based character, and steadfast perseverance of a man who embodies the American dream.

In closing, I'd like to once again state that Dr. Meyya Meyyappan exemplifies what it means to be a true scientist devoted to country and the betterment of society. His passion for the work he does is refreshing and motivates me to work hard to instill similar values in my own students, and the junior faculty I now mentor. I hope the court can take into consideration my character reference on behalf of Dr. Meyyappan when evaluating his case. Please do not hesitate to reach out to me if you need further details or clarification concerning my comments.

Sincerely,

*David Estrada*

David Estrada, Ph.D.
Associate Professor
Micron School of Materials Science and Engineering
Associate Director
Center for Advanced Energy Studies
Mobile phone: (208) 860-6035
Email: daveestrada@boisestate.edu

Patrick Fay
16045 Baywood Ln.
Granger, IN 46530
Tel: (574) 631-5693
Email: pfay@nd.edu

April 05, 2021

Honorable Judge Kevin Castel
Southern District of New York

Dear Judge Castel:

    I write to you today to provide some insight into the character of Dr. Meyya Meyyappan, whom I understand is involved in a proceeding in your court. I am a professor of Electrical Engineering at the University of Notre Dame, with a specialty in high-performance electronic devices. I have been on the faculty at Notre Dame since 1997, and have been active in the broader technical research community over the intervening years by way of publication in scientific journals, participation in technical conferences, and service to professional societies. It is in this context that I came to know Dr. Meyyappan.

    To the best of my recollection, I first met Meyya in the summer of 2014 at an IEEE Electron Devices Society (EDS) meeting in Stockholm. By way of background, EDS is a special-interest group within the IEEE (Institute of Electrical and Electronics Engineers) that serves the technical community of those working in electronic devices (e.g. electronic circuits, transistor technologies, etc.) by organizing technical conferences, providing educational opportunities, facilitating publishing of scientific papers, etc. While I was aware of his high-quality technical work at NASA prior to meeting him in person, my primary interaction with him has been through our mutual work supporting the mission of EDS from 2014-2020.

    From my interactions with him over the past six years, he has always been honest, trustworthy, and transparent in his dealings with the EDS, and has provided extremely valuable service not only to the EDS professional society, but to the country as a whole. For example, within EDS he has been deeply involved in the development and support of educational outreach activities that seek to promote interest among school-age, high-school, and undergraduate university students in careers in nanotechnology. This is a volunteer activity, and takes considerable time and energy. But I have seen first-hand how Meyya has contributed tirelessly to this effort continuously over the entire time that I have been involved in EDS (in fact his efforts predate my own involvement in EDS by some years). He has also been instrumental in developing and facilitating high-quality technical conferences that serve the research community through EDS; again, an entirely volunteer activity that pays nothing but the satisfaction of knowing that you have helped others in the field publicize their research, network with others, and advance their careers. Meyya has been consistent (some might say relentless) in his promotion of participation of under-represented groups at conferences and other EDS activities. Throughout all of my interactions with him, I have always felt he was doing and saying what he believed was right, explaining as best he could why it was important, and being open, honest, and above-board about what was being done.

If you have any questions, I would be happy to discuss anything in more detail; I can be reached at the above email and phone numbers.

Sincerely,

*Patrick Fay*

Patrick Fay

April 6, 2021

Dear Honorable Judge:

I am Samar Saha, Chief Scientist at Prospicient Devices in the San Francisco Bay Area. I met Meyya Meyyappan around 2010 when he first volunteered to become a Member of the Board of Governors of IEEE (Institute of Electrical and Electronics Engineers) Electron Devices Society (EDS). IEEE is the world's largest professional society, run entirely by volunteers to promote the profession of electrical engineering and serve the humanity with advances in technology. Prior to 2010, I knew of him based on his reputation, excellent technical contributions to the field of nanotechnology and numerous awards he has received in recognition of his technical excellence, public service and educational activities to help the next generation.

Since 2010, he has served IEEE EDS in numerous capacities: Graduate Student Fellowship Committee, Vice President for Education, Fellow Committee, President; he has also served IEEE directly as member of Technical Activities Board, Vice President for Technical Activities for the IEEE Nanotechnology Council (NTC), President of NTC and many others. His professional life is exemplified by tireless volunteer activities, giving back to the society, and finding innovative ways to promote science and technology education. One great example, among many, is when he assembled a group of volunteers and produced a website on nanotechnology for high school students (and their teachers) which is an authoritative educational resource for the nation's youth to learn about the technology of the 21st century.

Even though he is not a university based professor or teacher, he is extremely passionate about education, especially high school and undergraduate students so they know about emerging technologies such as nanotechnology, flexible and wearable electronics, Internet of Things and others which promise to shape the 21st century. He especially pays attention to minorities, women and consistently makes sure they get the opportunities.

Ultimately, for all of us – especially those of us who have been fortunate to get the highest level of education and rise to the top rungs in academic, corporate and government world - it is important to guide the future generation and serve as role model. That is precisely what Meyya has done, serving as role model for a large number of people all across the world. I am confident he will continue to do that the rest of his life, even incorporating the lessons learned from his current ordeals, as he is a very committed individual. These are precisely the reasons why I signed his appearance bond without any hesitation.

Yours sincerely

Samar Saha
286 Aspenridge Drive
Milpitas, CA 95035

Re: Meyya Meyyappan                                        April 07, 2021

To: The Honorable Judge

I am Jin-Woo Han, a Senior Research Scientist at NASA Ames Research Center, employed by Universities Space Research Association (USRA). I have known Meyya Meyyappan for 11 years since I have been directly reporting to him on our projects. I was surprised to hear about his case as he has always been a rather steadfast and by-the-rule person. I understand the seriousness of this matter, however, I would regret if his talents and passion get wasted. With that, I am writing this character reference letter with hopes of court's leniency.

1. As the Director of the Center for Nanotechnology, he has always shown great dedication and enthusiasm for the group both professionally and in humanitarian aspects. He has been a model to the early career people for his diligence, technical excellence, project planning and management. My utmost impression about him is his warm-hearted nature and how he cares that no young scientist is left behind in their professional career. After witnessing all of these over the years and after hearing about his case, David Bell, Director of USRA, told me; "I respect him".
2. Dr. Meyyappan has always paid special attention to the next generation. Without expecting any return, he has always volunteered to host a number of high school and undergraduate interns. Educating and motivating the students on the importance of science and technology consumes a lot of time and effort. He has been a tireless volunteer, giving enormous amount of his time.
3. He is an upstanding member of the professional society. He has chaired many important activities; one example is creating a working group and writing a report on Emerging Devices for Heterogeneous Integration led by IEEE (Institute of Electrical and Electronics Engineers), the world's largest professional organization dedicated to advancing technology for humanity. His voluntary service contributes to trigger advancing of all research to real practice, which is the ultimate purpose of federal research initiatives.
4. His dedication to advancing the technology for US national interest is evidenced in his founding a brand new technology program: nanoscale vacuum transistor. His effort resulted in multi university research initiative program led by the US Air Force, with participation from many other US Agencies. After hearing about this case, Kenneth Goretta, Program Officer at US Air Force of Scientific Research, emailed me: "I very much appreciate all he has contributed and hope for the best possible outcomes."

While it is unfortunate to hear of his case, I believe as it moves forward, he will be accepting responsibility for his actions. Despite the current case, I still believe in his ability and eagerness to pay back his debt to the society.

Sincerely,

*Jin-Woo Han*
Jin-Woo Han
4770 Clydelle Avenue
San Jose, CA 95124

April 11, 2021

**TO WHOM IT MAY CONCERN**

This is a letter of recommendation for my friend and professional colleague, Dr. Meyya Meyyappan. I have known Dr. Meyyappan for over 25 years. Our research and intellectual interests are similar in the broad nanotechnology field; therefore, our paths crossed many years ago and we have stayed together as friends and professional colleagues ever since. We served together on the IEEE Electron Device Society Committees for many years, when I was the President, he was also an officer of the Society. We met several times every year during my service to the Society and we have visited each other in our institutions. Also, we exchanged correspondences to keep in touch and keep abreast of each other's work and progress. Therefore, I believe that I can attest to his character and fidelity to purpose and vision.

Dr. Meyyappan is a very dedicated and upright scientist and researcher. He is a pioneer and leader in the field of nanomaterials with contributions also to nanotechnology policy and education areas. He is a member of the US National Academy of Inventors and a Fellow of many professional societies. He has served as the President of the IEEE Nanotechnology Council and the IEEE Electron Device Society. These are honors that are hard earned and only awarded to distinguished individuals. In all the endeavors that led to these recognitions and honors, he has been a humble and ethical individual. I have had no reason whatsoever to second guess his actions and our mutual dealings. He is a kind and generous person who expresses his ideas and opinions directly but with humility. He has provided services to many professional organizations and institutions. He has conducted outreach activities on nanotechnology to disadvantaged students in high schools and has generously mentored young scientists all over the world from the US to Asia and to Africa.

Overall, Dr. Meyyappan is a conscientious and hard-working individual who can be trusted to honor his words and deeds. I attest to his upright character and outstanding achievements.

Sincerely Yours

*[signature]*

Professor Ilesanmi Adesida
Dean Emeritus, University of Illinois
Ex-Provost and Vice Chancellor, University of Illinois
4004 Golf Creek Drive
Champaign, IL 61822
iadesida@gmail.com

March 18, 2021

Dear Honorable Judge:

I am Deborah Meyyappan, wife of Meyya Meyyappan and I am writing this letter providing character reference for my husband.

We have been married since 1999 but we have been together since 1986. We have now and always had a loving relationship and built our lives together both in Connecticut first and then in California. We are entering the sunset part of our lives at this juncture. It has been painful for me to learn about this case and I am devastated, needless to say. I have not felt like this since that time when I was waiting outside an operating room in the hospital four years ago while he was undergoing heart surgery. I thought he was saved because of all the good things he did in his life and would continue to do for the rest of his life.

My husband is the kindest person I know. He is a very caring person. He has always spent a lot of his time on public service. I have never demanded much of him or his time for any household matters and this has given him the time and a chance to do what he loves the most, besides his NASA work: engaging students and the public about nanotechnology, giving speeches, talking to the press, travel for conferences, mentoring etc. To him, weekends, evenings, weekdays are all the same; he just worked. Sometimes he might have a hockey game tuned in at night on the TV but would keep working. He is the hardest working person I know. He is tireless when it comes to helping others. He once told me he inherited that trait of selflessness from his father.

My background is in arts so I do not understand science or technology. But all I know is my husband is very good at what he is doing and excels in science and technology; because he constantly brought home awards. He was always more excited when he used to tell me about the awards his group members won because it is important to him that his younger associates get the visibility they deserve. I can recall numerous such occasions since I know the names and faces of some of his team members and also external colleagues.

In summary, my husband is a hard working, caring and kind individual who puts the interests of others over ours and devoted to public service.

Yours truly

*Deborah Meyyappan*

Deborah Meyyappan
Pacifica, CA