# LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL DIBENEDETTO
TAYLOR FRIEDMAN

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

June 3, 2021

**Via ECF**

Honorable P. Kevin Castel
Senior U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Meyya Meyyappan
Crim. No. 21-CR-00022 (PKC)

Dear Judge Castel:

The defendant Meyya Meyyappan and the Government respectfully submit this letter in advance of the defendant's anticipated sentencing on June 16, 2021.

Pursuant to Section 15002 *et seq.* of the Coronavirus Aid, Relief, and Economic Securities Act ("CARES Act"), criminal proceedings may proceed by video teleconference, or telephone conference if video teleconferencing is not reasonably available, with the consent of the defendant and a finding by the District Court judge that further delay of the proceeding will result in serious harm to the interests of justice. *See* H.R. 748, Section 15002 *et seq.*, P.L. 116-136 (March 27, 2020).

On January 13, 2021, the defendant appeared by video teleconference and pled guilty to a one count information. Because the defendant is not vaccinated due to the medical advice of his physician, an in-person proceeding in light of current COVID-19 conditions could pose health risks to the defendant. Delaying the sentence indefinitely until COVID-19 risks abate, however, would unnecessarily waste judicial resources and deprive the defendant and the Government of the benefit of their bargain. For these reasons, the parties jointly agree and respectfully submit that there are "specific reasons," within the meaning of Section 15002 et seq. of the CARES Act, why the defendant's sentence "cannot be further delayed without serious harm to the interests of justice."

1

Accordingly, the parties agree the sentencing may be conducted remotely by videoconference or teleconference, and consent to such a proceeding before the Court.

Thank you for your time and consideration in this matter.

Respectfully,

Arthur L. Aidala
Aidala, Bertuna & Kamins, P.C.
Attorney for Meyya Meyyappan

cc: AUSA Joshua Naftalis
Michelle Millan, USPO