UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                21-cr-22 (PKC)

      -against-

                                                                <u>ORDER</u>

MEYYA MEYYAPPAN,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Sentencing in this case will take place on June 16, 2021 at 2 p.m. The public may access an audio feed of the proceeding at the following number:

        <u>Dial-in</u>:    (888) 363-4749

        <u>Access Code</u>:  3667981

Members of the public must mute their phones and are not permitted to speak during the proceeding.

        SO ORDERED.

                                                            P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
         June 11, 2021